IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| MID-CENTURY INSURANCE COMPANY, a member company of FARMER'S INSURANCE GROUP OF COMPANIES,<br><br>Plaintiff,<br><br>vs.<br><br>RICK'S AUTO BODY, INC., and AARON HALL, Individually and as Personal Representative of the Estate of Bruce Hall,<br><br>Defendants. | CV 17–63–M–DLC<br><br>ORDER |
| RICK's AUTO BODY, INC.,<br><br>Counter-Claimant,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY and TRUCK INSURANCE EXCHANGE, member companies of FARMERS INSURANCE GROUP OF COMPANIES,<br><br>Counter-Defendants. | |

-1-

Pursuant to the Stipulation for Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause,

IT IS ORDERED that Plaintiff's Complaint for Declaratory Judgment (Doc. 1) and Defendant's Answer to Complaint for Declaratory Judgment and Third Party Complaint (Doc. 42) are dismissed without prejudice, each party to bear its own costs.

DATED this 1st day of June, 2018.

Dana L. Christensen, Chief Judge
United States District Court